# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____ *9*

------------------------------------------------

*Wright*

-v-

*Zabarkes, et al*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # *07 cv. 7913*

JUDGE: *DC*

DATE: *May 12, 2008*

MAY 12 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): _____ **THOMAS R. PISARCZYK**
FIRM: __ U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK __
ADDRESS: _____ 500 PEARL STREET, ROOM 370 _____
_____ NEW YORK, NEW YORK 10007 _____
PHONE NO.: _____ (212) 805 - 0636 _____

**DISTRICT COURT DOCKET ENTRIES** ---------------------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                      DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(✔) **Original Record**                    (_____) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 12th Day of *May*, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Wright*

-v-

*Zaberkes, et al*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # *07-cv-7913*

JUDGE: *DC*

DATE: *May 12, 2008*

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered ___1___ Through ___8___, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document   Description

----------        ----------------------------------------------
----------        ----------------------------------------------
----------        ____ **BALANCE  OF  FILE  MISSING  AT  THIS  TIME**
----------        ----------------------------------------------
----------        ----------------------------------------------
----------        ----------------------------------------------
----------        ----------------------------------------------

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _12th_ Day of _May_ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____

Deputy Clerk

APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-07913-DC**
**Internal Use Only**

Wright v. Zabarkes et al
Assigned to: Judge Denny Chin
Cause: 28:1331 Fed. Question: Other

Date Filed: 09/07/2007
Date Terminated: 04/02/2008
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2007 | 1 | COMPLAINT against Arthur Zabarkes, Waterside Plaza, L.L.C., Belkin, Burden, Wenig & Goldman. (Filing Fee $ 350.00, Receipt Number 626422)Document filed by Raymond Wright.(laq) (Entered: 09/10/2007) |
| 09/07/2007 | | SUMMONS ISSUED as to Arthur Zabarkes, Waterside Plaza, L.L.C., Belkin, Burden, Wenig & Goldman. (laq) (Entered: 09/10/2007) |
| 09/07/2007 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 09/10/2007) |
| 10/03/2007 | 2 | AFFIDAVIT OF SERVICE of Summons and Complaint. Belkin, Burden, Wenig & Goldman served on 9/19/2007, answer due 10/9/2007. Service was accepted by Eileen Bennett/BBWEG LLP. Document filed by Raymond Wright. (djc) (Entered: 10/05/2007) |
| 10/09/2007 | 3 | ANSWER to Complaint. Document filed by Arthur Zabarkes, Waterside Plaza, L.L.C., Belkin, Burden, Wenig & Goldman. (jar) (Entered: 10/10/2007) |
| 10/31/2007 | 4 | RESPONSE and Opposition to Defendants' Answer. Document filed by Raymond Wright. (djc) (Entered: 11/05/2007) |
| 11/28/2007 | 5 | LETTER addressed to Judge Denny Chin from Raymond Wright dated 11/28/2007 re: restating grounds for Claim 07cv7913. Document filed by Raymond Wright.(jar) (Entered: 12/19/2007) |
| 01/10/2008 | 6 | TRANSCRIPT of proceedings held on 11/19/07 before Judge Judge Denny Chin. (jbc) (Entered: 01/10/2008) |
| 04/02/2008 | 7 | MEMORANDUM DECISION: For the reasons set forth herein, the complaint is dismissed, with prejudice and without costs. The Clerk of Court is directed to close this case. (Signed by Judge Denny Chin on 4/2/08) (dle) (Entered: 04/02/2008) |
| 05/02/2008 | 8 | NOTICE OF APPEAL from 7 Order. Document filed by Raymond Wright. Copies Mailed to attorney(s) of record: Belkin, Burden, Wenig & Goldman, L.L.P. (tp) (Entered: 05/12/2008) |
| 05/02/2008 | | Appeal Remark as to 8 Notice of Appeal filed by Raymond Wright. $455.00 APPEAL FEE DUE. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 8 Notice of Appeal. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal to the District Judge re: 8 Notice of Appeal. (tp) (Entered: 05/12/2008) |